[No. 37485-1-I.    Division One.    June 8, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. LORENZO RAMON MANALO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-04556-0, Donald D. Haley, J., entered October 5, 1995. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Kennedy, C.J., and Agid, J.

[No. 38173-3-I.    Division One.    June 8, 1998.]

THE STATE OF WASHINGTON, *Appellant*, v. DAVID A. HEDEEN, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 95-1-00886-5, Kathryn E. Trumbull, J., entered January 19, 1996. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Coleman and Baker, JJ.

[No. 39738-9-I.    Division One.    June 8, 1998.]

MONA LISA ESTATES PARTNERS, *Appellants*, v. WALTER L. CARTER, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 95-2-05415-1, Larry E. McKeeman, J., entered September 12, 1996. *Affirmed in part* and *remanded* by unpublished opinion per Cox, J., concurred in by Agid, A.C.J., and Baker, J.

[No. 39882-2-I.    Division One.    June 8, 1998.]

*In re* MARCEL GOODLOW; TONYA L. HENLEY, *as Guardian, Appellant*, v. PRO STAFF MECHANICAL, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-13095-8, Robert S. Lasnik, J., entered November 22, 1996. *Affirmed* by unpublished opinion per Agid, A.C.J., concurred in by Baker and Ellington, JJ.